**Order entered February 13, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00440-CV

**OBSIDIAN SOLUTIONS, LLC F/N/A ARCO IDEAS, LLC, Appellant**

**V.**

**KBIDC INVESTMENTS LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10092**

## ORDER

Before the Court is appellant's February 11, 2020 third motion requesting a ten-day extension of time to file its appellant/cross-appellee's brief. Appellee filed a response asking the Court to limit any extension to four days. We **GRANT** the motion and extend the time to **February 24, 2020**. We caution appellant that further extension requests will be strongly disfavored.

/s/     KEN MOLBERG
        JUSTICE